FILED
2019 Oct-21 PM 01:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| LUIS ALBERTO DELACRUZ MURILLO, ) ) ) Petitioner, ) ) v. ) ) WARDEN ETOWAH COUNTY ) JAIL, et al., ) ) Respondents. ) | Case No. 4:17-cv-02080-LSC-JEO |

## **MEMORANDUM OPINION**

The magistrate judge entered a report on September 12, 2019, recommending the court grant Respondents' motion to dismiss as moot due to Petitioner's removal to Ecuador on May 31, 2019. (Doc. 20). Although the magistrate judge advised the parties of their right to file specific written objections within fourteen (14) days, no objections have been received by the court.[1]

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendation. Accordingly,

---

[1] The magistrate judge's report and recommendation, mailed to Petitioner at the Etowah County Detention Center, was returned by the U.S. Postal Service as undeliverable. (Doc. 21).

1

Respondents' motion to dismiss is due to be granted. The court will dismiss this matter by separate order.

**DONE** AND **ORDERED** ON OCTOBER 21, 2019.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

160704